IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OTOE COUNTY SCHOOL DISTRICT NO. 111,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>INVENSYS BUILDING SYSTEMS,  )<br>)<br>Defendant.  )<br>) | 8:05CV276<br><br>REASSIGNMENT ORDER<br>AND STRIKE ORDER |

It has come to this court's attention that Magistrate Judge F.A. Gossett was assigned in error to this case.

THEREFORE, IT IS ORDERED:

1.  That this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

2.  That Filing No. 6, which was incorrectly filed in this case by the Clerk's Office, is ordered stricken from the record.

3.  That Filing No. 8, which is a duplicate of Filing No. 7, is ordered stricken from the record.

DATED this 14th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge