IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OTOE COUNTY SCHOOL DISTRICT NO. 111, | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05cv276 |
| | ) | |
| v. | ) | |
| | ) | |
| INVENSYS BUILDING SYSTEMS, | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by July 5, 2005, file their Report of Parties' Planning Conference.

DATED June 15, 2005.

/s/ David L. Piester

United States Magistrate Judge