```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| OTOE COUNTY SCHOOL DISTRICT NO. 111, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV276 |
| v. | ) ) ) | |
| INVENSYS BUILDING SYSTEMS, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The parties' joint oral motion for extension of deadline is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to July 24, 2005.

DATED this 16th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge