```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| OTOE COUNTY SCHOOL DISTRICT NO. 111, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV276 |
| v. | ) ) | |
| INVENSYS BUILDING SYSTEMS, | ) ) | ORDER |
| Defendant. | ) ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims. Accordingly,

IT IS ORDERED:

(1) Within thirty days of the date of this order the parties shall:

    a.    File a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, and

    b.    Electronically mail to the chambers of the undersigned a draft order of dismissal for final disposition of this case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case has been removed from the trial docket upon representation by the parties that the case has settled.

DATED this 26th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge