IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OTOE COUNTY SCHOOL DISTRICT NO. 111, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV276 |
| v. | ) ) | |
| INVENSYS BUILDING SYSTEMS, | ) ) | ORDER |
| Defendant. | ) ) | |

Upon the parties' unopposed oral motion to extend the deadline for filing a joint stipulation of dismissal,

IT IS ORDERED,

The deadlines set in the court's previous order, filing 65, are continued and,

(1) On or before August 15, 2006, the parties shall:

   a. File a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, and

   b. Electronically mail to the chambers of the undersigned a draft order of dismissal for final disposition of this case.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

(3) This case has been removed from the trial docket upon representation by the parties that the case has settled.

DATED this 19th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge