IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OTOE COUNTY SCHOOL DISTRICT, | ) | CASE NO. 8:05CV276 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| INVENSYS BUILDING SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Having received the parties' joint notice of settlement and stipulation (Filing No. 69) for dismissal of Otoe County School District's complaint and Invensys Building Systems, Inc.'s counterclaim, the court finds this case should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that Otoe County School District's complaint is dismissed with prejudice, and each party shall pay its own attorney fees and costs. Invensys Building Systems, Inc.'s counterclaim is also dismissed with prejudice, and each party shall pay its own attorney fees and costs. This dismissal now resolves the entire case.

Dated this 26th day of July, 2006.

BY THE COURT:

/s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)